COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 
2-04-070-CR
  
  
MICHAEL 
DALE MOORE                                                         APPELLANT
 
V.
THE 
STATE OF TEXAS                                                                  STATE
----------
FROM 
THE 158TH DISTRICT COURT OF DENTON COUNTY
----------
MEMORANDUM OPINION[1] AND JUDGMENT
----------
        We 
have considered appellant's “Motion To Dismiss Appeal.”  The motion 
complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of 
this court having been delivered before we received this motion, we grant the 
motion and dismiss the appeal.  See id.; Tex. R. App. P. 43.2(f).
 
 
                                                                  PER 
CURIAM
 
  
PANEL D:   DAUPHINOT, 
HOLMAN, and GARDNER, JJ.
DO 
NOT PUBLISH
Tex. R. App. P. 47.2(b)
 
DELIVERED: 
August 26, 2004

NOTES
1.  
See Tex. R. App. P. 47.4.